ELECTRONICALLY FILED
4/8/2022 3:29 PM
03-DV-2022-900993.00
DISTRICT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

## IN THE DISTRICT COURT OF MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| **MICHAEL LEE YOUNGBLOOD** (Plaintiff) | * * * * | |
| VS. | * | DV-2022- |
| | * * * | |
| **ARTEGUS L. FELDER** (Defendant) | * * | |

### COMPLAINT

COMES NOW, **Plaintiff,** Michael Youngblood, through the undersigned counsel, asserts the following:

### I. JURISDICTION AND VENUE

1. The jurisdiction of this Court is properly invoked as this Court is competent to hear state law tort claims under Alabama law pursuant to the laws of the Alabama Constitution and the Code of Alabama. Venue is proper because the acts complained of herein occurred in Montgomery County, Alabama.

### II. PARTIES

2. **Plaintiff,** Michael Youngblood, is a citizen of the United States and the State of Alabama who is over the age of nineteen.

3. **Defendant,** Artegus Felder, is a citizen of the United States and the State of Alabama who is over the age of nineteen.

## III. FACTUAL ALLEGATIONS

4. The operative facts are as follows: On or about April 11, 2020, Mr. Youngblood was traveling on North Panama Street in Montgomery, Alabama.

5. Mr. Felder came to a stop at the stop sign on McKinley Avenue, he then proceeded without caution striking Mr. Youngblood's vehicle head on. Mr. Youngblood was operating his vehicle in a reasonably safe manner.

6. Mr. Felder failed to observe the "rules of the road" when he operated his vehicle and that. failure resulted in his vehicle colliding with Mr. Youngblood's vehicle.

## IV. CAUSES OF ACTION

## COUNT I

### (Negligence)

7. Mr. Felder has a duty to operate his vehicle in a reasonably safe and prudent manner so as to not pose a risk of danger to other motorists and pedestrians. Also, Mr. Felder has a duty to obey the laws of traffic in the State of Alabama and operate his vehicle within the bounds and limits of said laws, as well as, to adjust to all roadway conditions in a safe and reasonable manner as any reasonably prudent person would. As stated above, Mr. Felder breached these duties by operating his vehicle in a negligent manner that resulted in a collision with Mr. Youngblood's vehicle and this caused physical injury to Mr. Youngblood, as well as property damage to the vehicle. Mr. Felder also breached this duty by failing to observe the "rules of the road" and to exercise a reasonable standard of care to prevent posing a risk of danger to Mr. Youngblood. Mr. Felder's breach of these duties is the proximate cause of Mr. Youngblood's damages listed below.

## COUNT II

### (Wantonness and Recklessness)

8. Under §6-11-20, Code of Alabama, Wantonness is defined as conduct which is carried on with a reckless or conscious disregard of the rights or safety of others. Mr. Felder has a duty to operate his vehicle in a reasonably safe and prudent manner so as to not pose a reckless risk of danger to other motorists and pedestrians. Also, Mr. Felder has a duty to obey the laws of traffic and operate his vehicle within the bounds and limits of said laws. As stated above, Mr. Felder breached these duties by operating his vehicle in a manner that resulted in a collision with Mr. Youngblood's vehicle and this caused physical injury to Mr. Youngblood, as well as, property damage to the vehicle. Mr. Felder also breached this duty by failing to observe the "rules of the road" and to exercise a reasonable standard of care to prevent posing a risk of danger to Mr. Youngblood, and other motorists. Mr. Felder's breach of his duty is the proximate cause of Mr. Youngblood's damages listed below. Consequently, Mr. Felder is liable for wanton and reckless operation of a motor vehicle.

## V. DAMAGES

9. As an actual, direct, and proximate cause of the Defendant's actions, Mr. Youngblood, has suffered physical injuries, pain and suffering, past, present, and future, mental anguish, loss of time and convenience, property damage, and any additional claims and causes of action that may arise or be revealed throughout the discovery and investigation of this matter.

## VI. PRAYER FOR RELIEF

Plaintiff requests from this Court the following relief:

(a) A trial to adjudicate the factual allegations stated herein;

(b) A judgment that the Defendant(s) is/are liable for the aforementioned causes of action;

(c) An award for compensatory damages and punitive damages as determined by this Court, excluding interest and costs;

(d) An award for court costs, litigation expenses, and attorney's fees;

(e) Any further relief that the Plaintiff may be entitled to.

Respectfully Submitted,
**/s/ Joe M. Reed**
Joe M. Reed, Esq.

JOE M. REED & ASSOCIATES, LLC
524 South Union Street
Montgomery, AL 36104
Telephone: 334.834.2000
Fax: 334.834.2088
Email: JOE@JOEREEDLAW.COM