IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL LEE YOUNGBLOOD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv445-MHT |
| | ) | (WO) |
| **UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that:

(1) Plaintiff's motion for voluntary dismissal (Doc. 9) is construed as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and this case is dismissed without prejudice pursuant to the notice of dismissal.

(2) All other pending motions are denied as moot.

This case is closed.

DONE, this the 13th day of December, 2022.

                                                 /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**